**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1915**

———————————

CONRAD N. FREUND,

                       Plaintiff - Appellee,

    versus

KENNETH MITAN,

                       Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-98-107-7)

———————————

Submitted: November 20, 2000      Decided: January 5, 2001

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daniel C. Summerlin, WOODS, ROGERS & HAZELGROVE, P.L.C., Roanoke, Virginia, for Appellant. Michaux Raine, III, RAINE & PERDUE, P.L.C., Rocky Mount, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Kenneth Mitan appeals the district court's order denying his motion to dismiss for lack of jurisdiction and entering a civil judgment against him for $147,056.67. On appeal, Mitan only alleges that the district court erred in finding that it had personal jurisdiction over him; he raises no issues related to the amount or propriety of the judgment itself. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Freund v. Mitan, No. CA-98-107-7 (W.D. Va. June 7, 1999) (denying motion to dismiss for reasons as stated from the bench). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED